**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

| | |
|---|---|
| **BYRON D. BRITTON** | **PETITIONER** |
| Reg. #27410-045 | |
| | |
| v. | Case No. 2:19-cv-00123-LPR |
| | |
| **DEWAYNE HENDRIX,** | |
| Warden, FCI – Forrest City Low | **RESPONDENT** |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition (Doc. 8) submitted by United States Magistrate Judge Joe J. Volpe and Petitioner Byron D. Britton's Objections. (Doc. 9). After carefully considering the Objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Mr. Britton's § 2241 Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED with prejudice.

Dated this 2nd day of September 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE