**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**BYRON D. BRITTON**                                                                        **PETITIONER**
Reg. #27410-045

v.                                    Case No. 2:19-cv-00123-LPR

**DEWAYNE HENDRIX,**
Warden, FCI – Forrest City Low                                                  **RESPONDENT**

## JUDGMENT

Consistent with the Order entered on September 2, 2020, it is considered, ordered, and adjudged that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 2nd day of September 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE